**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** First Name | **J.** Middle Name | **Fernandez** Last Name |
| Debtor 2 (Spouse, if filing) | **Maria** First Name | **Elena** Middle Name | **Fernandez** Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

| 1.1. | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

**911 Shady Vale Dr.**
Street address, if available, or other description

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Kennedale        TX     76060**
City              State   ZIP Code

**Tarrant**
County

**TAD Value $351,872**
**Zillow Value $429,855**

Current value of the entire property?     **$351,872.00**

Current value of the portion you own?     **$351,872.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

The value of these intere _____

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................................➡    **$351,872.00**

### Part 2:    Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1  **Francisco**      **J.**              **Fernandez**                    Case number (if known) _____
          First Name        Middle Name          Last Name

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mazda** | Check one. | |
| Model: | **Miata** | ☐ Debtor 1 only | |
| Year: | **2011** | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Approximate mileage: | **75,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$12,239.00**     **$12,239.00** |

Other information:
**2011 Mazda Miata (approx. 75000 miles)**

☑ Check if this is community property (see instructions)

| 3.2. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Honda** | Check one. | |
| Model: | **CRV** | ☐ Debtor 1 only | |
| Year: | **2008** | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Approximate mileage: | **155,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$7,066.00**     **$7,066.00** |

Other information:
**2008 Honda CRV (approx. 155000 miles)**
**Honda is son's car. It was bought for him, but**
**title was not transferred until he graduated from college.**

☑ Check if this is community property (see instructions)

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................ ➔ | **$19,305.00** |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. Household goods and furnishings
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **Household goods**                                                          **$3,287.00**

7. Electronics
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..... **electronics**                                                              **$790.00**

8. Collectibles of value
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe..... **Precious Moments, Kinkade copy, BB**                                       **$125.00**

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ☐ No
- ☑ Yes. Describe..... **garage tools** — $795.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

- ☐ No
- ☑ Yes. Describe..... **Handguns** — $100.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

- ☐ No
- ☑ Yes. Describe..... **Clothes** — $485.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

- ☐ No
- ☑ Yes. Describe..... **man's wedding band, woman's wedding set, and costume jewelry** — $420.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

- ☐ No
- ☑ Yes. Describe..... **2 dogs, 16 year old MinPin and 10 year old Yorky** — $20.00

**14. Any other personal and household items you did not already list, including any health aids you did not list**

- ☑ No
- ☐ Yes. Give specific information.............

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here................................................................................................➔ **$6,022.00**

| Part 4: | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

- ☐ No
- ☑ Yes..................................................................................................................... Cash: .......................... — $20.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

- ☐ No
- ☑ Yes............................. Institution name:

| 17.1. | Checking account: | **Bank of America** | $150.00 |
|---|---|---|---|
| 17.2. | Checking account: | **Wells Fargo** | $400.00 |

Debtor 1 __Francisco__ _____ __J.__ _____ __Fernandez__ _____ Case number (if known) _____
     First Name       Middle Name       Last Name

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them.......................

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| | F. J. Fernandez Ent. Inc. d/b/a Monica's Hallmark | | |
| | The company has debts in excess of the value of assets. | 100% | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **Cummins** | $32,133.00 |
| IRA: | **Merrill Lynch**<br>**Frank Fernandez - Acct #20S-70656** | $71,776.00 |
| IRA: | **Merrill Lynch**<br>**Elena Fernandez Acct #20S-70682** | $255,229.00 |
| IRA: | **Merrill Lynch**<br>**Frank Fernandez - Acct #20S-70657** | $124,157.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................ Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................ Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them    **Mineral Rights during the last 12 months as of July 2016**         $50.00

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them

**Money or property owed to you?**

<div align="right">

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

</div>

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information  Federal: 2015 and 2016 federal income tax refunds.
about them, including whether  None are currently anticipated. Amt: Unknown
you already filed the returns
and the tax years.....................

| | | |
|---|---|---|
| Federal: | | **Unknown** |
| State: | | **$0.00** |
| Local: | | **$0.00** |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | | |
|---|---|---|
| Alimony: | | **$0.00** |
| Maintenance: | | **$0.00** |
| Support: | | **$0.00** |
| Divorce settlement: | | **$0.00** |
| Property settlement: | | **$0.00** |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance
company of each policy
and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Blue Cross/Blue Shield** | **Frank and Elena Fernandez** | **$0.00** |
| **State Farm homeowners policy** | **Frank and Elena Fernandez** | **Unknown** |
| **Life Insurance - through Elena employment** | **Frank Fernandez** | **$50,000.00** |
| **Life Insurance - through Elena employment** | **Elena Fernandez** | **$90,000.00** |
| **Auto insurance - State Farm** | | **$0.00** |

Debtor 1 ___Francisco_____J._____Fernandez_____ Case number (if known) _____
        First Name           Middle Name        Last Name

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                       _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim........ **Potential offset claims against Hallmark and the SBA for partial**     **Unknown**
                                 **credit against claims**

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                           _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information                                           _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................➔** | **$623,915.00** |

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

                                                     **Current value of the portion you own?**
                                                    Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                                   _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                                                   _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..                                                   _____

**41. Inventory**

☐ No
☑ Yes. Describe.. **Hallmark Cards - Frank Fernandez is in possession of cards with a higher**     **Unknown**
                      **cost, but very limited resale potential. The value of these cards is unknown,**
                      **however a good faith estimate would be about $2,000.**

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe..... Name of entity:                              % of ownership:

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe.....                                _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................................................➔ | $0.00 |

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
                     **If you own or have an interest in farmland, list it in Part 1.**

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
☑ No
☐ Yes....                                        _____

**48. Crops—either growing or harvested**
☑ No
☐ Yes. Give specific
information...............                        _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes....                                        _____

**50. Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes....                                        _____

**51. Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific
information...............                        _____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................................................➔ | $0.00 |

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

Debtor 1 __Francisco__ __J.__ __Fernandez__  Case number (if known) _____
First Name  Middle Name  Last Name

54. Add the dollar value of all of your entries from Part 7. Write that number here............................ → | $0.00 |

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2........................................................................................................ → $351,872.00

56. Part 2: Total vehicles, line 5 _____$19,305.00

57. Part 3: Total personal and household items, line 15 _____$6,022.00

58. Part 4: Total financial assets, line 36 _____$623,915.00

59. Part 5: Total business-related property, line 45 _____$0.00

60. Part 6: Total farm- and fishing-related property, line 52 _____$0.00

61. Part 7: Total other property not listed, line 54 + _____$0.00

62. **Total personal property.** Add lines 56 through 61.................. | $649,242.00 |  Copy personal property total → + $649,242.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62........................................... | $1,001,114.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** First Name | **J.** Middle Name | **Fernandez** Last Name |
| Debtor 2 (Spouse, if filing) | **Maria** First Name | **Elena** Middle Name | **Fernandez** Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                              04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**     *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **911 Shady Vale Dr. TAD Value $351,872 Zillow Value  $429,855** Line from *Schedule A/B*:  **1.1** | $351,872.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2011 Mazda Miata (approx. 75000 miles)** Line from *Schedule A/B*:  **3.1** | $12,239.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| **Brief description:** **2008 Honda CRV (approx. 155000 miles) Honda is son's car. It was bought for him, but title was not transferred until he graduated from college.** Line from *Schedule A/B*: **3.2** | $7,066.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) |
| **Brief description:** **Household goods** Line from *Schedule A/B*: **6** | $3,287.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| **Brief description:** **electronics** Line from *Schedule A/B*: **7** | $790.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| **Brief description:** **Precious Moments, Kinkade copy, BB** Line from *Schedule A/B*: **8** | $125.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| **Brief description:** **garage tools** Line from *Schedule A/B*: **9** | $795.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(4) |
| **Brief description:** **Handguns** Line from *Schedule A/B*: **10** | $100.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| **Brief description:** **Clothes** Line from *Schedule A/B*: **11** | $485.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |
| **Brief description:** **man's wedding band, woman's wedding set, and costume jewelry** Line from *Schedule A/B*: **12** | $420.00 | ☐ <br> ☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) |

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2 dogs, 16 year old MinPin and 10 year old Yorky**<br>Line from *Schedule A/B*: __13__ | $20.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description:<br>**Bank of America**<br>Line from *Schedule A/B*: __17.1__ | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(1)** |
| Brief description:<br>**Wells Fargo**<br>Line from *Schedule A/B*: __17.2__ | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.001(b)(1)** |
| Brief description:<br>**Cummins**<br>Line from *Schedule A/B*: __21__ | $32,133.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Merrill Lynch**<br>**Frank Fernandez - Acct #20S-70656**<br>Line from *Schedule A/B*: __21__ | $71,776.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Merrill Lynch**<br>**Elena Fernandez Acct #20S-70682**<br>Line from *Schedule A/B*: __21__ | $255,229.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Merrill Lynch**<br>**Frank Fernandez - Acct #20S-70657**<br>Line from *Schedule A/B*: __21__ | $124,157.00 | ☑ $124,157.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description:<br>**Mineral Rights during the last 12 months as of July 2016**<br>Line from *Schedule A/B*: __25__ | $50.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**Blue Cross/Blue Shield**<br>Line from *Schedule A/B*: __31__ | $0.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | | Case number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Life Insurance - through Elena employment**<br>Line from *Schedule A/B:* __31__ | **$50,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |
| Brief description:<br>**Life Insurance - through Elena employment**<br>Line from *Schedule A/B:* __31__ | **$90,000.00** | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

### Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** | **J.** | **Fernandez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **Elena** | **Fernandez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1**

Describe the property that
secures the claim:

| **$72,627.77** | **$351,872.00** | |
|---|---|---|

**Bank of America**
Creditor's name
**P.O. Box 660807**
Number    Street

**Home - 911 Shady Vale Dr.,
Kennedale, TX 76060**

As of the date you file, the claim is: Check all that apply.

☐ Contingent

| **Dallas** | **TX** | **75266-0807** |
|---|---|---|
| City | State | ZIP Code |

☐ Unliquidated

☐ Disputed

Who owes the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☒ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☒ Check if this claim relates
to a community debt

Nature of lien. Check all that apply.

☒ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____

Last 4 digits of account number    **0    7    9    9**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| **$72,627.77** |
|---|

Debtor 1  **Francisco**          **J.**              **Fernandez**          Case number (if known) _____
      First Name      Middle Name     Last Name

| **Part 1:** | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

| 2.2 | | Describe the property that secures the claim: | $0.00 | $351,872.00 | |

**Tarrant County Tax Assessor**
Creditor's name
**6713 Telephone Rd #101**
Number    Street

911 Shady Vale Dr.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**Fort Worth**      **TX**    **76135**
City       State   ZIP Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☑ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

$0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$72,627.77

**Fill in this information to identify your case:**

| Debtor 1 | **Francisco** | **J.** | **Fernandez** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Maria** | **Elena** | **Fernandez** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

 ☐ No. Go to Part 2.
 ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

 (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | Unknown | Unknown | Unknown |

**Dallas County Tax Office**
Priority Creditor's Name
**500 Elm Street**
Number      Street
_____

| **Dallas** | **TX** | **75202-3304** |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **0   0   0   0**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Property: 6333 E. Mockingbird LN, DA**
**Tecali III**
**Blk M/2953 Acs 7.7251,**
**This is a priority claim against the wholly owned company for $593,820.50**

Debtor 1 __Francisco__ ___J.___ __Fernandez__     Case number (if known) _____

     First Name     Middle Name     Last Name

## Part 1: Your PRIORITY Unsecured Claims -- Continuation Page

| After listing any entries on this page, number them sequentially from the previous page. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.2 | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
Priority Creditor's Name
**Special Procedures**
Number   Street
**Mail Code 5029 DAL**

**1100 Commerce St.**

**Dallas**     **TX**     **75242**
City     State     ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1 __Francisco__     __J.__     __Fernandez__       Case number (if known) _____
      First Name       Middle Name       Last Name

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3.**   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.**   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1** | | **$1,585.30**

**Aimia Property Loyalty US, Inc.**
Nonpriority Creditor's Name
**Attn: Chris Gerber**
Number    Street
**100 N. 6th St. 700B**

**Minneapolis**     **MN**   **55403**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Notice Only**

**This debt is related to the business and may not be owed by these Debtors.**

**4.2** | | **$332.16**

**AT&T**
Nonpriority Creditor's Name
**P.O. Box 5001**
Number    Street

**Carol Stream**     **IL**   **60197-5001**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   3   3   6   0

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Telephone**

**Irving account #97207904223-435-5**
**608 Plymouth Park s/c**
**Irving, TX 75061**

**6333 Mockingbird Lane, Suite 139**
**Dallas, TX 75061**

Debtor 1   **Francisco**      **J.**      **Fernandez**      Case number (if known) _____
           First Name        Middle Name      Last Name

## Part 2:     Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

### 4.3

                                                                           **$97.02**

**Atmos Energy**
Nonpriority Creditor's Name
P.O. Box 790311
Number     Street

St. Louis            **MO**     **63179-0311**
City               State     ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**This debt is related to the business and may not be owed by these Debtors.**

Dallas account #000079966
608 Plymouth Park s/c
Irving, TX 75061

6333 Mockingbird Lane, Suite 139
Dallas, TX 75061

Last 4 digits of account number    9   3   8   6
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    utilities

### 4.4

                                                                           **$24,996.74**

**Bank of America**
Nonpriority Creditor's Name
P.O. Box 15796
Number     Street

Wilimington          **DE**     **19886-5796**
City               State     ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Used for stores**
**This debt is related to the business.**

Last 4 digits of account number    3   6   9   4
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

Debtor 1   **Francisco**     **J.**      **Fernandez**       Case number (if known) _____
           First Name       Middle Name     Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

|  |  |
|---|---|
|  | **Total claim** |

**4.5**

                                                                  **$0.00**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 660576**
Number     Street

**Dallas**          **TX**     **75266-0576**
City             State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Business line of credit**
**This debt is related to the business.**

**Last 4 digits of account number**    7   0   9   8

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

---

**4.6**

                                                                  **$2,392.75**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 851001**
Number     Street

**Dallas**          **TX**     **75285-1001**
City             State     ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**This debt is related to the business.**

**Last 4 digits of account number**    6   4   6   2

**When was the debt incurred?**       _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

Debtor 1    **Francisco**          **J.**          **Fernandez**          Case number (if known) _____
             First Name        Middle Name        Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.7**                                                                    $18,573.09

**Bank of America**                     Last 4 digits of account number    4   3   2   6
Nonpriority Creditor's Name
**P.O. Box 851001**                     When was the debt incurred?    _____
Number        Street
                                        As of the date you file, the claim is: Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
**Dallas**              **TX**   **75285-1001**    ☐ Disputed
City                    State   ZIP Code
**Who incurred the debt?** Check one.   Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only               that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
**Is the claim subject to offset?**         **Credit Card**
☑ No
☐ Yes
**This debt is related to the business.**

**4.8**                                                                    $2,335.31

**Bank of America**                     Last 4 digits of account number    2   8   4   2
Nonpriority Creditor's Name
**P.O. Box 851001**                     When was the debt incurred?    _____
Number        Street
                                        As of the date you file, the claim is: Check all that apply.
                                        ☐ Contingent
                                        ☐ Unliquidated
**Dallas**              **TX**   **75285-1001**    ☐ Disputed
City                    State   ZIP Code
**Who incurred the debt?** Check one.   Type of NONPRIORITY unsecured claim:
☐ Debtor 1 only                         ☐ Student loans
☐ Debtor 2 only                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only               that you did not report as priority claims
☑ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
**Is the claim subject to offset?**         **Credit Card**
☑ No
☐ Yes
**This debt is related to the business.**

Debtor 1    **Francisco**      **J.**      **Fernandez**      Case number (if known) _____
        First Name       Middle Name       Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.9 | | **$29,519.60** |
|---|---|---|

**Citi Cards**
Nonpriority Creditor's Name
**P.O. Box 78045**
Number    Street
_____
_____

**Phoenix**      **AZ**    **85062-8045**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This debt is related to the business.**

Last 4 digits of account number   **9**   **1**   **0**   **0**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

| 4.10 | | **$139.96** |
|---|---|---|

**City of Irving**
Nonpriority Creditor's Name
**825 W. Irving Blvd.**
Number    Street
_____
_____

**Irving**      **TX**    **75060**
City       State    ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This debt is related to the business and may not be owed by these Debtors.**

Last 4 digits of account number   ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Water**

Debtor 1    **Francisco**      **J.**      **Fernandez**      Case number (if known) _____
         First Name        Middle Name       Last Name

---

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

### 4.11

| | $60,000.00 |
|---|---|

**Crown Mac**
Nonpriority Creditor's Name
**921 Park Drive, Suite A**
Number     Street

**Lake Geneva**      **WI**     **53147**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Business line of credit**
**This debt is related to the business.**
**This claim also includes interest in an unknown amount.**

Last 4 digits of account number   8   5   8   8
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Credit Card**

### 4.12

| | $1,025.70 |
|---|---|

**Cuddle Barn**
Nonpriority Creditor's Name
**2839 Tanager Ave.**
Number     Street

**Commerce**      **CA**     **90040**
City           State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Possible co-debtor Monica's Hallmark**
**This debt is related to the business and may not be owed by these Debtors.**

Last 4 digits of account number   I   C   0   1
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for -**

Debtor 1    __Francisco_____    __J._____    __Fernandez_____    Case number (if known) _____
         First Name          Middle Name       Last Name

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

|  |  | Total claim |
|---|---|---|

**4.13**

|  |  |  | $2,570.45 |

**Enesco**
Nonpriority Creditor's Name
**26257 Network Place**
Number     Street

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

**Chicago**       **IL**    **60673-1262**
City          State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**This debt is related to the business and may not be owed by these Debtors.**

**4.14**

|  |  |  | $177,674.18 |

**Hallmark Marketing Company LLC dba**
Nonpriority Creditor's Name
**Hallmark Cards**
Number     Street
**2501 McGee Traffic Way**

**Kansas City, MO**

City         State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Debt**

Is the claim subject to offset?

☑ No
☐ Yes

Debtor 1 **Francisco**   **J.**   **Fernandez**   Case number (if known) _____
       First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.15 | | **$0.00** |

**Nationwide Insurance**
Nonpriority Creditor's Name
**P.O. Box 514540**
Number      Street

_____

**Los Angeles**      **CA**   **90051-4540**
City            State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **insurance**

**This debt is related to the business and may not be owed by these Debtors.**

| 4.16 | | **$900.00** |

**Protection1**
Nonpriority Creditor's Name
**P.O. Box 219044**
Number      Street

_____

**Kansas City**      **MO**   **64121-9044**
City            State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __0__ __8__ __7__ __4__
**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Alarm system**

**Monica's Hallmark**
**Irving account #3730488**
**This debt is related to the business and may not be owed by these Debtors.**
**This includes a disconnection fee for early cancellation.**

Debtor 1    **Francisco**      **J.**      **Fernandez**        Case number (if known) _____
        First Name          Middle Name        Last Name

### Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.17 | | $0.00 |
|---|---|---|

**Regency Centers, L.P.**
Nonpriority Creditor's Name
**8080 North Central Expressway**
Number    Street

_____

**Dallas**         **TX**    **75206**
City           State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Debt**

This debt is related to the business and may not be owed by these Debtors. This creditor may claim $1,585.30.

| 4.18 | | $811.13 |
|---|---|---|

**Reliant**
Nonpriority Creditor's Name
**P.O. Box 3765**
Number    Street

_____

**Houston**       **TX**    **77253-3765**
City           State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   2   3   5   8

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Debt**

This debt is related to the business and may not be owed by these Debtors.
608 Plymouth Park s/c
Irving, TX 75061
Irving account #31422462

6333 Mockingbird Lane, Suite 139
Dallas, TX 75061
Dallas account #31421696

Debtor 1   **Francisco**     **J.**     **Fernandez**      Case number (if known) _____
         First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                               **Total claim**

**4.19**

                                                               **$0.00**

**Rosman Adjustment Corp.**
Nonpriority Creditor's Name
**P.O. Box 1247**
Number     Street
_____
_____
**Northbrook**       **IL**     **60065-1247**
City              State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Collecting for - Enesco, LLC**

**Monicas Hallmark Shop - AIMIA Property Loyalty US, Inc.**
**This debt is related to the business and may not be owed by these Debtors.**

**4.20**

                                                               **$360.00**

**Telecheck Services, Inc.**
Nonpriority Creditor's Name
**P.O. Box 60028**
Number     Street
_____
_____
**City of Industry**      **CA**    **91716-0028**
City              State      ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Debt**

**This debt is related to the business and may not be owed by these Debtors.**
**Amount approximate, creditor may claim $2,570.45.**

| Debtor 1 | Francisco | J. | Fernandez | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

City of Irving-Municipal Services Bill
Name
P.O. Box 152288
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Irving                    TX     75015-2288
City                     State   ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

Scottie Heypas
Name
6901 Shawnee Mission Pkwy, Suite 250
Number     Street
Building 2

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Overland Park            KS     66202
City                     State   ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $0.00 |
| | 6d. | Other.  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
| | 6e. | Total.  Add lines 6a through 6d. | 6d. | $0.00 |

|  |  |  | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $0.00 |
| | 6i. | Other.  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $323,313.39 |
| | 6j. | Total.  Add lines 6f through 6i. | 6j. | $323,313.39 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Francisco**<br>First Name | **J.**<br>Middle Name | **Fernandez**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **Maria**<br>First Name | **Elena**<br>Middle Name | **Fernandez**<br>Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Regency Centers, L.P.**<br>Name<br>**8080 North Central Expressway, Ste. 1650**<br>Number     Street<br><br>**Dallas**                                    **TX**      **75206**<br>City                                          State    ZIP Code | **Lease has expired but this company always tries to get more.**<br>**Contract to be REJECTED**<br>**Contract is in DEFAULT** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** First Name | **J.** Middle Name | **Fernandez** Last Name |
| Debtor 2 (Spouse, if filing) | **Maria** First Name | **Elena** Middle Name | **Fernandez** Last Name |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
       ☐ No
       ☑ Yes
       In which community state or territory did you live? **Texas** Fill in the name and current address of that person.

   **Maria Elena Fernandez**
   Name of your spouse, former spouse, or legal equivalent
   **911 Shady Vale Dr.**
   Number    Street

   **Kennedale**      **TX**      **76060**
   City      State      ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt

Check all schedules that apply:

| 3.1 | **F. J. Enterprises, Inc.** Name |
|---|---|
| | **911 Shady Vale Dr.** Number  Street |
| | **Kennedale**    **TX**    **76060-5490** City    State    ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line **4.2**
☐ Schedule G, line _____
**AT&T**

Debtor 1    **Francisco**     **J.**      **Fernandez**      Case number (if known) _____

       First Name       Middle Name       Last Name

## Additional Page to List More Codebtors

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

### 3.2
**F. J. Fernandez Enterprises, Inc.**
Name
**911 Shady Vale Dr.**
Number    Street

**Kennedale**      **TX**     **76060**
City           State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.18**
☐ Schedule G, line _____
**Reliant**

### 3.3
**F. J. Fernandez Enterprises, Inc.**
Name
**911 Shady Vale Dr.**
Number    Street

**Kennedale**      **TX**     **76060**
City           State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☑ Schedule G, line **2.1**
**Regency Centers, L.P.**

### 3.4
**F. J. Fernandez Enterprises, Inc.**
Name
**911 Shady Vale Dr.**
Number    Street

**Kennedale**      **TX**     **76060-5490**
City           State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.1**
☐ Schedule G, line _____
**Aimia Property Loyalty US, Inc.**

### 3.5
**F. J. Fernandez Enterprises, Inc.**
Name
**911 Shady Vale Dr.**
Number    Street

**Kennedale**      **TX**     **76060-5490**
City           State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.3**
☐ Schedule G, line _____
**Atmos Energy**

### 3.6
**F. J. Fernandez Enterprises, Inc.**
Name
**911 Shady Vale Dr.**
Number    Street

**Kennedale**      **TX**     **76060**
City           State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.15**
☐ Schedule G, line _____
**Nationwide Insurance**

### 3.7
**F. J. Fernandez Enterprises, Inc.**
Name
**911 Shady Vale Dr.**
Number    Street

**Kennedale**      **TX**     **76060**
City           State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.10**
☐ Schedule G, line _____
**City of Irving**

### 3.8
**F. J. Fernandez Enterprises, Inc.**
Name
**911 Shady Vale Dr.**
Number    Street

**Kennedale**      **TX**     **76060**
City           State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line **4.4**
☐ Schedule G, line _____
**Bank of America**

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Additional Page to List More Codebtors** |
|---|

**Column 1:** Your codebtor

**Column 2:** The creditor to whom you owe the debt

Check all schedules that apply:

---

**3.9**

**F. J. Fernandez Enterprises, Inc.**
Name

**911 Shady Vale Dr.**
Number     Street

**Kennedale**     **TX**     **76060**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.5**
- ☐ Schedule G, line _____

**Bank of America**

---

**3.10**

**F. J. Fernandez Enterprises, Inc.**
Name

**911 Shady Vale Dr.**
Number     Street

**Kennedale**     **TX**     **76060**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.6**
- ☐ Schedule G, line _____

**Bank of America**

---

**3.11**

**F. J. Fernandez Enterprises, Inc.**
Name

**911 Shady Vale Dr.**
Number     Street

**Kennedale**     **TX**     **76060**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.7**
- ☐ Schedule G, line _____

**Bank of America**

---

**3.12**

**F. J. Fernandez Enterprises, Inc.**
Name

**911 Shady Vale Dr.**
Number     Street

**Kennedale**     **TX**     **76060**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.8**
- ☐ Schedule G, line _____

**Bank of America**

---

**3.13**

**F. J. Fernandez Enterprises, Inc.**
Name

**911 Shady Vale Dr.**
Number     Street

**Kennedale**     **TX**     **76060-5490**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.17**
- ☐ Schedule G, line _____

**Regency Centers, L.P.**

---

**3.14**

**Maria Fernandez**
Name

**911 Shady Vale Dr.**
Number     Street

**Kennedale**     **TX**     **76060**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.14**
- ☐ Schedule G, line _____

**Hallmark Marketing Company LLC dba**

---

**3.15**

**Monica's Hallmark**
Name

**911 Shady Vale Dr.**
Number     Street

**Kennedale**     **TX**     **76060**
City     State     ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line **4.20**
- ☐ Schedule G, line _____

**Telecheck Services, Inc.**

---

Debtor 1    **Francisco**     **J.**       **Fernandez**           Case number (if known) _____
         First Name       Middle Name      Last Name

## Additional Page to List More Codebtors

**Column 1:** Your codebtor

**Column 2:** The creditor to whom you owe the debt

Check all schedules that apply:

**3.16**
**Monica's Hallmark**
Name
**911 Shady Vale Dr.**
Number     Street

**Kennedale**      **TX**     **76060**
City              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.12**
☐ Schedule G, line _____
**Cuddle Barn**

**3.17**
**Monica's Hallmark**
Name
**911 Shady Vale Dr.**
Number     Street

**Kennedale**      **TX**     **76060**
City              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.16**
☐ Schedule G, line _____
**Protection1**

**3.18**
**Monica's Hallmark**
Name
**6333 E. Mockingbird Ln #139**
Number     Street

**Dallas**       **TX**     **75214-2376**
City              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.13**
☐ Schedule G, line _____
**Enesco**

**3.19**
**Monica's Hallmark**
Name
**6333 E. Mockingbird Ln #139**
Number     Street

**Dallas**       **TX**     **75214-2376**
City              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**Rosman Adjustment Corp.**

**3.20**
**Monica's Hallmark**
Name
**608 Plymouth Park**
Number     Street

**Irving**        **TX**     **75061**
City              State     ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.19**
☐ Schedule G, line _____
**Rosman Adjustment Corp.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** | **J.** | **Fernandez** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Maria** | **Elena** | **Fernandez** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | _____ | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | | |
| Employer's name | | **Cummins Southern Plains** |
| Employer's address | _____<br>Number  Street | **2931 Elm Hill Pike**<br>Number  Street |
| | _____ | _____ |
| | _____<br>City          State  Zip Code | **Nashville       TN   37214**<br>City          State  Zip Code |
| How long employed there? | _____ | _____ |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $0.00 | $3,570.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. $0.00 | $3,570.00 |

| Debtor 1 | Francisco | J. | Fernandez | Case number (if known) | |
|----------|-----------|-----|-----------|------------------------|---|
| | First Name | Middle Name | Last Name | | |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here .................................................. ➔ | 4. | | $0.00 | $3,570.00 |
| **5.** | **List all payroll deductions:** | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | | $0.00 | $594.00 |
| | 5b. Mandatory contributions for retirement plans | 5b. | | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans | 5c. | | $0.00 | $282.00 |
| | 5d. Required repayments of retirement fund loans | 5d. | | $0.00 | $0.00 |
| | 5e. Insurance | 5e. | | $0.00 | $370.00 |
| | 5f. Domestic support obligations | 5f. | | $0.00 | $0.00 |
| | 5g. Union dues | 5g. | | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ | 5h.+ | | $0.00 | $0.00 |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | | $0.00 | $1,246.00 |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | | $0.00 | $2,324.00 |
| **8.** | **List all other income regularly received:** | | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | | |
| | 8b. Interest and dividends | 8b. | | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | | |
| | 8d. Unemployment compensation | 8d. | | $0.00 | $0.00 |
| | 8e. Social Security | 8e. | | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | | |
| | Specify: _____ | 8f. | | $0.00 | $0.00 |
| | 8g. Pension or retirement income | 8g. | | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: _____ | 8h.+ | | $0.00 | $0.00 |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | | $0.00 | $0.00 |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $0.00 + | $2,324.00 = $2,324.00 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + $0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12. $2,324.00

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☑ No.    None.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Francisco** <br> First Name | **J.** <br> Middle Name | **Fernandez** <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | **Maria** <br> First Name | **Elena** <br> Middle Name | **Fernandez** <br> Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number <br> (if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition <br> chapter 13 expenses as of the <br> following date:

_____ <br> MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**     ☑ No

   Do not list Debtor 1 and     ☐ Yes. Fill out this information <br> Debtor 2.     for each dependent..................

   Do not state the dependents' <br> names.

| Dependent's relationship to <br> Debtor 1 or Debtor 2 | Dependent's <br> age | Does dependent <br> live with you? |
|---|---|---|
| _____ | _____ | ☐ No <br> ☐ Yes |
| _____ | _____ | ☐ No <br> ☐ Yes |
| _____ | _____ | ☐ No <br> ☐ Yes |
| _____ | _____ | ☐ No <br> ☐ Yes |
| _____ | _____ | ☐ No <br> ☐ Yes |

3. **Do your expenses include**     ☑ No <br> **expenses of people other than**     ☐ Yes <br> **yourself and your dependents?**

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of <br> such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses** _____

4. **The rental or home ownership expenses for your residence.**        4. _____ <br> Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a. Real estate taxes                                          4a.     **$808.00**

   4b. Property, homeowner's, or renter's insurance              4b.     **$212.00**

   4c. Home maintenance, repair, and upkeep expenses        4c.     **$500.00**

   4d. Homeowner's association or condominium dues          4d. _____

| Debtor 1 | Francisco | J. | Fernandez | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $1,100.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $410.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $180.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $500.00 |
| | 6d. Other. Specify: _____ | 6d. | |
| 7. | **Food and housekeeping supplies** | 7. | $700.00 |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $350.00 |
| 10. | **Personal care products and services** | 10. | $150.00 |
| 11. | **Medical and dental expenses** | 11. | $50.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $60.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | $140.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |

Debtor 1 __Francisco_____ __J._____ __Fernandez_____  Case number (if known) _____
         First Name        Middle Name    Last Name

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property                                          20a.  _____

    20b.  Real estate taxes                                                    20b.  _____

    20c.  Property, homeowner's, or renter's insurance                         20c.  _____

    20d.  Maintenance, repair, and upkeep expenses                             20d.  _____

    20e.  Homeowner's association or condominium dues                          20e.  _____

21. **Other.** Specify: _____     21.  + _____

22. **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.                                              22a.  **$5,760.00**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.  _____

    22c.  Add line 22a and 22b. The result is your monthly expenses.          22c.  **$5,760.00**

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.        23a.  **$2,324.00**

    23b.  Copy your monthly expenses from line 22c above.                     23b. − **$5,760.00**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                             23c.  **($3,436.00)**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  Explain here:
            **None.**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Francisco** **J.** **Fernandez** | |
| | First Name · Middle Name · Last Name | |
| Debtor 2 | **Maria** **Elena** **Fernandez** | |
| (Spouse, if filing) | First Name · Middle Name · Last Name | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

|  | | Your assets Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... | **$351,872.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.............................................. | **$649,242.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | **$1,001,114.00** |

### Part 2: Summarize Your Liabilities

|  | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$72,627.77** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + | **$323,313.39** |
| | Your total liabilities | **$395,941.16** |

### Part 3: Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I............................................................... | **$2,324.00** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J............................................................... | **$5,760.00** |

| Debtor 1 | **Francisco** | **J.** | **Fernandez** | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

<div style="background:black;color:white">**Part 4:** **Answer These Questions for Administrative and Statistical Records**</div>

**6.** **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7.** **What kind of debt do you have?**

☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.** From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

_____

**9.** Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a. Domestic support obligations. (Copy line 6a.) _____

9b. Taxes and certain other debts you owe the government. (Copy line 6b.) _____

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) _____

9d. Student loans. (Copy line 6f.) _____

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) _____

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) + _____

9g. **Total.** Add lines 9a through 9f. _____

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Francisco**     **J.**     **Fernandez** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Maria**     **Elena**     **Fernandez** |
| (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____     X _____

Francisco J. Fernandez, Debtor 1     Maria Elena Fernandez, Debtor 2

Date **10/06/2016**     Date **10/06/2016**

MM / DD / YYYY     MM / DD / YYYY