

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 7YN | 188799 | 009194 | 1Y790 | 90615 | 1 |
| | | | AR LNS 1 | | |
| | | | | 138-0022 | |

# Earnings Statement 

**CUMMINS SOUTHERN PLAINS**
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Period Beginning: 09/11/2016
Period Ending: 09/24/2016
Pay Date: 09/30/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  TX: No State Income Tax

MARIA E FERNANDEZ
911 SHADY VALE DR
KENNEDALE TX 76060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 22.3100 | 72.00 | 1,606.36 | 32,804.26 |
| Health Cash | | | 100.00 | 200.00 |
| O T Premium | | | 89.24 | 1,277.04 |
| O T Strght Tm | 22.3100 | 8.00 | 178.47 | 2,554.03 |
| Paid Time Off | 22.3100 | 8.00 | 178.48 | |
| Holiday Pay | | | | 1,227.76 |
| Variable Comp | | | | 1,779.04 |
| **Gross Pay** | | | **$2,152.55** | 40,944.67 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,853.61

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.79 | 71.90 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -169.67 | 3,246.17 |
| Social Security Tax | | -124.07 | 2,350.50 |
| Medicare Tax | | -29.01 | 549.71 |
| **Other** | | | |
| Dental-Pretax | | -12.42* | 248.40 |
| Emp Life Ins | | -14.27 | 281.50 |
| Health Sav Acct | | -115.38* | 2,307.69 |
| Hlthcash Offset | | -100.00 | 200.00 |
| Medical-Pretax | | -27.46* | 549.20 |
| Rsp Pretax - A | | -143.68* | 2,852.12 |
| Spouse Life Ins | | -15.42 | 308.40 |
| United Way | | -2.00 | 40.00 |
| **Net Pay** | | **$1,399.17** | |
| Checking | | -1,399.17 | 28,010.98 |
| **Net Check** | | **$0.00** | |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



CUMMINS SOUTHERN PLAINS
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Advice number: 00000390615
Pay date: 09/30/2016

Deposited to the account of
MARIA E FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5230 | xxxx xxxx | $1,399.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

OCT 1 2 2016