

**CUMMINS SOUTHERN PLAINS**
2931 ELM HILL PIKE
NASHVILLE, TN 37214

138-0022

## Earnings Statement  ADP

Period Beginning: 09/11/2016
Period Ending: 09/24/2016
Pay Date: 09/30/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  TX: No State Income Tax

MARIA E FERNANDEZ
911 SHADY VALE DR
KENNEDALE TX 76060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 22.3100 | 72.00 | 1,606.36 | 32,804.26 |
| Health Cash | | | 100.00 | 200.00 |
| O T Premium | | | 89.24 | 1,277.04 |
| O T Strght Tm | 22.3100 | 8.00 | 178.47 | 2,554.03 |
| Paid Time Off | 22.3100 | 8.00 | 178.48 | |
| Holiday Pay | | | | 1,227.76 |
| Variable Comp | | | | 1,779.04 |
| **Gross Pay** | | | **$2,152.55** | 40,944.67 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,853.61

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.79 | 71.90 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -169.67 | 3,246.17 |
| Social Security Tax | -124.07 | 2,350.50 |
| Medicare Tax | -29.01 | 549.71 |

Other
| | | |
|---|---|---|
| Dental-Pretax | -12.42* | 248.40 |
| Emp Life Ins | -14.27 | 281.50 |
| Health Sav Acct | -115.38* | 2,307.69 |
| Hlthcash Offset | -100.00 | 200.00 |
| Medical-Pretax | -27.46* | 549.20 |
| Rsp Pretax - A | -143.68* | 2,852.12 |
| Spouse Life Ins | -15.42 | 308.40 |
| United Way | -2.00 | 40.00 |

| Net Pay | $1,399.17 | |
|---|---|---|
| Checking | -1,399.17 | 28,010.98 |
| Net Check | $0.00 | |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**CUMMINS SOUTHERN PLAINS**
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Advice number: 00000390615
Pay date: 09/30/2016

Deposited to the account of
MARIA E FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5230 | xxxx xxxx | $1,399.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK

7YN  188799 009194 IY790  0000370614  1
AR LNS 1
135-0022



**CUMMINS SOUTHERN PLAINS**
2931 ELM HILL PIKE
NASHVILLE, TN 37214

## Earnings Statement  ADP

| | |
|---|---|
| Period Beginning: | 08/28/2016 |
| Period Ending: | 09/10/2016 |
| Pay Date: | 09/16/2016 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  TX: No State Income Tax

MARIA E FERNANDEZ
911 SHADY VALE DR
KENNEDALE TX 76060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 22.3100 | 72.00 | 1,606.33 | 31,197.90 |
| Holiday Pay | 22.3100 | 8.00 | 178.48 | 1,227.76 |
| O T Premium | | | 56.90 | 1,187.80 |
| O T Strght Tm | 22.3100 | 5.10 | 113.78 | 2,375.56 |
| Health Cash | | | | 100.00 |
| Variable Comp | | | | 1,779.04 |
| **Gross Pay** | | | **$1,955.49** | 38,792.12 |

Your federal taxable wages this period are $1,663.34

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.79 | 68.11 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -141.13 | 3,076.50 |
| Social Security Tax | | -111.85 | 2,226.43 |
| Medicare Tax | | -26.16 | 520.70 |
| **Other** | | | |
| Dental-Pretax | | -12.42* | 235.98 |
| Emp Life Ins | | -14.27 | 267.23 |
| Health Sav Acct | | -115.39* | 2,192.31 |
| Medical-Pretax | | -27.46* | 521.74 |
| Rsp Pretax - A | | -136.88* | 2,708.44 |
| Spouse Life Ins | | -15.42 | 292.98 |
| United Way | | -2.00 | 38.00 |
| Hlthcash Offset | | | 100.00 |
| **Net Pay** | | **$1,352.51** | |
| Checking | | -1,352.51 | 26,611.81 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**CUMMINS SOUTHERN PLAINS**
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Advice number: 00000370614
Pay date: 09/16/2016

Deposited to the account of
MARIA E FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5230 | xxxx xxxx | $1,352.51 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

<600>

7YN 188799 009194 IY790 0000350623 1
AR LNS 1_
138-0022



**CUMMINS SOUTHERN PLAINS**
2931 ELM HILL PIKE
NASHVILLE, TN 37214

**Earnings Statement** ADP

| | |
|---|---|
| Period Beginning: | 08/14/2016 |
| Period Ending: | 08/27/2016 |
| Pay Date: | 09/02/2016 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  TX: No State Income Tax

MARIA E FERNANDEZ
911 SHADY VALE DR
KENNEDALE TX 76060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 22.3100 | 72.00 | 1,606.32 | 29,591.57 |
| O T Premium | | | 65.82 | 1,130.90 |
| O T Strght Tm | 22.3100 | 5.90 | 131.63 | 2,261.78 |
| Paid Time Off | 22.3100 | 8.00 | 178.48 | |
| Health Cash | | | | 100.00 |
| Holiday Pay | | | | 1,049.28 |
| Variable Comp | | | | 1,779.04 |
| **Gross Pay** | | | **$1,982.25** | 36,836.63 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,688.23

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.79 | 64.32 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -144.87 | 2,935.37 |
| Social Security Tax | | -113.50 | 2,114.58 |
| Medicare Tax | | -26.55 | 494.54 |
| **Other** | | | |
| Dental-Pretax | | -12.42* | 223.56 |
| Emp Life Ins | | -14.27 | 252.96 |
| Health Sav Acct | | -115.38* | 2,076.92 |
| Medical-Pretax | | -27.46* | 494.28 |
| Rsp Pretax - A | | -138.76* | 2,571.56 |
| Spouse Life Ins | | -15.42 | 277.56 |
| United Way | | -2.00 | 36.00 |
| Hlthcash Offset | | | 100.00 |
| **Net Pay** | | **$1,371.62** | |
| Checking | | -1,371.62 | 25,259.30 |
| **Net Check** | | **$0.00** | |

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM



**CUMMINS SOUTHERN PLAINS**
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Advice number: 00000350623
Pay date: 09/02/2016

Deposited to the account of
MARIA E FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5230 | xxxx xxxx | $1,371.62 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT



**Earnings Statement** ADP

| | |
|---|---|
| Period Beginning: | 07/31/2016 |
| Period Ending: | 08/13/2016 |
| Pay Date: | 08/19/2016 |

CUMMINS SOUTHERN PLAINS
2931 ELM HILL PIKE
NASHVILLE, TN 37214

136-0022

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  TX: No State Income Tax

MARIA E FERNANDEZ
911 SHADY VALE DR
KENNEDALE TX 76060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 22.3100 | 80.00 | 1,784.82 | 27,985.25 |
| Health Cash | | | 100.00 | 100.00 |
| O T Premium | | | 66.93 | 1,065.08 |
| O T Strght Tm | 22.3100 | 6.00 | 133.86 | 2,130.15 |
| Holiday Pay | | | | 1,049.28 |
| Variable Comp | | | | 1,779.04 |
| **Gross Pay** | | | **$2,085.61** | 34,854.38 |

Your federal taxable wages this period are
$1,791.35

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.79 | 60.53 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -160.33 | 2,790.50 |
| | Social Security Tax | -119.92 | 2,001.08 |
| | Medicare Tax | -28.04 | 467.99 |
| **Other** | | | |
| | Dental-Pretax | -12.42* | 211.14 |
| | Emp Life Ins | -14.27 | 238.69 |
| | Health Sav Acct | -115.39* | 1,961.54 |
| | Hlthcash Offset | -100.00 | 100.00 |
| | Medical-Pretax | -27.46* | 466.82 |
| | Rsp Pretax - A | -138.99* | 2,432.80 |
| | Spouse Life Ins | -15.42 | 262.14 |
| | United Way | -2.00 | 34.00 |
| **Net Pay** | | **$1,351.37** | |
| Checking | | -1,351.37 | 23,887.68 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CUMMINS SOUTHERN PLAINS
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Advice number: 00000330620
Pay date: 08/19/2016

Deposited to the account of
MARIA E FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5230 | xxxx xxxx | $1,351.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT



| | | | | | |
|---|---|---|---|---|---|
| | | | | AR LNS 1 | |
| | | | | 137-0022 | |

CUMMINS SOUTHERN PLAINS
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Earnings Statement

Period Beginning: 07/03/2016
Period Ending: 07/16/2016
Pay Date: 07/22/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  TX: No State Income Tax

MARIA E FERNANDEZ
911 SHADY VALE DR
KENNEDALE TX 76060

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 22.3100 | 62.00 | 1,383.23 | 24,415.61 |
| Holiday Pay | 22.3100 | 8.00 | 178.48 | 1,049.28 |
| O T Premium | | | 66.93 | 918.95 |
| O T Strght Tm | 22.3100 | 6.00 | 133.86 | 1,837.89 |
| Paid Time Off | 22.3100 | 10.00 | 223.10 | |
| Variable Comp | | | | 1,779.04 |
| **Gross Pay** | | | **$1,985.60** | 30,746.35 |

Your federal taxable wages this period are $1,691.34

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 3.79 | 52.95 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -145.33 | 2,479.70 |
| Social Security Tax | | -113.71 | 1,765.16 |
| Medicare Tax | | -26.59 | 412.82 |
| **Other** | | | |
| Dental-Pretax | | -12.42* | 186.30 |
| Emp Life Ins | | -14.27 | 210.15 |
| Health Sav Acct | | -115.39* | 1,730.77 |
| Medical-Pretax | | -27.46* | 411.90 |
| Rsp Pretax - A | | -138.99* | 2,152.24 |
| Spouse Life Ins | | -15.42 | 231.30 |
| United Way | | -2.00 | 30.00 |
| **Net Pay** | | **$1,374.02** | |
| Checking | | -1,374.02 | 21,136.01 |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 1998, 2006 ADP, LLC All Rights Reserved.
© 2000 ADP, LLC

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CUMMINS SOUTHERN PLAINS
2931 ELM HILL PIKE
NASHVILLE, TN 37214

Advice number: 00000290641
Pay date: 07/22/2016

Deposited to the account of
MARIA E FERNANDEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5230 | xxxx xxxx | $1,374.02 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.